IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA,<br><br>        Petitioner,<br><br>  vs.<br><br>RICHARD J. HERNANDEZ,<br><br>        Respondent. | No. C 08-3284 JSW (PR)<br><br>**TRANSFER ORDER** |

      Petitioner, a prisoner incarcerated at Richard Donovan Correctional Facility in San Diego, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Fresno County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(c). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

      Therefore, the Court ORDERS, pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, that the Clerk of the Court TRANSFER this matter to the United States District Court for the Eastern District of California.

      IT IS SO ORDERED.

DATED: 07/15/08

                                          JEFFREY S. WHITE<br>
                                          United States District Judge